1008

[No. 74265-5-I. Division One. December 12, 2016.]

DENISE SMITH, *Appellant*, v. SONITROL PACIFIC, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-02828-6, Ellen J. Fair, J., entered October 2, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[Nos. 75679-6-I; 75697-4-I. Division One. December 12, 2016.]

*In the Matter of the Detention of* BRADLEY WARD.

BRADLEY WARD, *Respondent*, v. THE STATE OF WASHINGTON, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 90-2-07555-7, George N. Bowden, J., entered August 17, 2016. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Schindler and Mann, JJ.

[No. 47599-5-II. Division Two. December 13, 2016.]

RICHARD TURAY, *Respondent*, v. AL NERIO ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-08815-4, Bryan E. Chushcoff, J., entered April 17, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.

[No. 47772-6-II. Division Two. December 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY SNEED WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-02134-8, Scott A. Collier, J., entered July 1, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.